UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
NANCY STRYPE,                                          :
                           Plaintiff,                  :
                                                       :          **ORDER OF DISMISSAL**
v.                                                     :
                                                       :          21 CV 67 (VB)
NUVANCE HEALTH and LEAH DIMARCO,   :
                           Defendants.                 :
---------------------------------------------------------------x

The Court has been advised that the parties have settled this case in principle.

Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without

prejudice to the right to restore the action to the Court's calendar, provided the application to

restore the action is made by no later than August 30, 2021.  To be clear, any application to

restore the action must be filed by August 30, 2021, and any application to restore the action

filed thereafter may be denied solely on the basis that it is untimely.

All other deadlines, scheduled conferences, or other scheduled court appearances are

canceled.  Any pending motions are moot.

Dated: June 29, 2021
       White Plains, NY

                                         SO ORDERED:

                                         _____
                                         Vincent L. Briccetti
                                         United States District Judge